# CIVIL CASH RECEIPT

TANGIPAHOA PARISH
CLERK OF COURT

Date 6/30/2025

Name Aaron Broussard

Credit Card (E-File)

CASH CHECK #

| SUIT NO. New | AMOUNT |
|---|---|
| 2025-0002514 | 300.00 |
| SUIT NAME Broussard Law vs. J. Brenes | |

DEPUTY CLERK mdf

362444

Gary Stanga

Certified True and Correct Copy
CertID: 2025081400078

Tangipahoa Parish Clerk of Court 8/1

EXHIBIT A

quent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RI

Tangipahoa Parish Clerk of Court 20250002514
Filed Jun 30, 2025 12:38 PM
Marquita Dyson
Deputy Clerk of Court
E-File Received Jun 30, 2025 10:03 AM

| | | |
|---|---|---|
| **BROUSSARD KNOLL LAW FIRM and ARTHUR S. PATRON, JR.** | : | **21st JUDICIAL DISTRICT COURT** |
| **VERSUS** | : | **PARISH OF TANGIPAHOA** |
| **TROY A. BRENES AND BRENES LAW GROUP, P.C.** | : | **STATE OF LOUISIANA** |
| **FILED:**________________________ | : | ________________________ **CLERK OF COURT** |

**PETITION FOR DAMAGES**

Petitioners, BROUSSARD KNOLL LAW FIRM (previously known as Broussard & Hart, LLC) and ARTHUR S. PATRON, JR., through undersigned counsel, file this Petition for unpaid attorney fees, breach of contract, unjust enrichment, and case expenses, as outlined below:

**PARTIES**

1.

Plaintiff BROUSSARD KNOLL LAW FIRM is a Louisiana limited liability company whose members are all domiciled in Louisiana, having a mailing address of 1301 Common Street, Lake Charles, Louisiana 70601.

Plaintiff ARTHUR S. PATRON, JR. Law Office of Arthur S. Patron, Jr., LLC is a resident of Louisiana domiciled at 1070-B West Causeway Approach, Mandeville, LA 70471.

Plaintiffs are hereinafter collectively referred to as "Plaintiff Law Firms".

2.

Made Defendants herein are:

A. **TROY BRENES**, a resident of the State of California, who may be served at his business at 100 Spectrum Center Drive, Suite 330, Irvine, California 92618; and

B. **BRENES LAW GROUP, P.C.**, a California professional corporation, with its corporate headquarters and principal place of business located in Irvine, California. Thus, BRENES LAW GROUP may be served with process through its registered agent, Troy Brenes, at 100 Spectrum Center Drive, Suite 330, Irvine, California 92618.

Collectively referred to herein as "Defendants".

Certified True and Correct Copy
CertID: 2025081400062
Tangipahoa Parish Clerk of Court
Generated Date: 8/14/2025 10:04 AM
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

## JURISDICTION AND VENUE

3.

This case involves Defendants' negligent and/or intentional failure to pay Plaintiff Law Firms' contingency fee out of the settlement disbursement made to Plaintiff Law Firms' client, Iris Guzman. Plaintiff Law Firms were not discharged as counsel and remain entitled to recover its contingency fee and reimbursement of its expenses incurred in Iris Guzman's case.

4.

This Court has jurisdiction and venue over Defendants pursuant to Louisiana's Long-Arm Statute, La. R.S. 13:3201 and Louisiana Code of Civil Procedure Articles 74 and 76.1 because the underlying case filed on behalf of Iris Guzman for which contingency fees and expenses are owed was filed, settled, and disbursed in this Louisiana Parish. Moreover, the contracts for legal representation and apportioning the contingency fee were executed in this Louisiana Parish.

5.

The causes of action and damages against Defendants exceed the threshold amount required for a jury trial in Louisiana state court and are not legally sufficient for federal court jurisdiction.

## FACTS

6.

In April 2016, Iris Guzman hired attorney Aaron Broussard of BROUSSARD KNOLL LAW FIRM (f/k/a Broussard & Hart, LLC) to represent her in connection with a medical malpractice and products liability action against Atrium Medical Corporation. Iris Guzman executed an Attorney/Client Contract retaining BROUSSARD KNOLL LAW FIRM (f/k/a Broussard & Hart, LLC). (Exhibit 1) Iris Guzman had been referred to Broussard & Hart, LLC, by attorney Arthur S. Patron, Jr.  By agreement, Plaintiff Law Firms apportioned the contingency fee between them as follows:  Aaron Broussard – 70%; Allan Breslin – 15%, and Arthur S. Patron, Jr. – 15%, which was approved by Iris Guzman. (Exhibit 2)

7.

Plaintiff Law Firms were never discharged as counsel, nor did Plaintiff Law Firms ever withdraw representation. Plaintiff Law Firms remained actively involved in Iris Guzman's representation.



Certified True and Correct Copy
CertID: 2025081400062

Tangipahoa Parish
Clerk of Court

Generated Date:
8/14/2025 10:04 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

8.

Because the case became a part of a multi-district litigation, Plaintiff Law Firms recommended that Adam Evans, with the Hollis Law Firm, be retained to assist in the representation because of their experience in medical malpractice litigation.

9.

Plaintiff Law Firms and Hollis Law Firm orally entered into a joint venture agreement to represent Iris Guzman. Under the agreement, BROUSSARD KNOLL LAW FIRM was to be apportioned 35% of the contingency fee recovered in the case and reimbursed all case expenses out of any settlement; Arthur S. Patron, Jr., was apportioned 15% of the contingency fee, Allen Breslin was apportioned 15% of the contingency fee, and Hollis Law Firm was apportioned 35% of the contingency fee.

10.

Iris Guzman accepted Plaintiff Law Firms' advice to retain Defendants and, on October 2, 2017, signed an Addendum to the Attorney/Client Contract (Exhibit 3) agreeing to the association of Hollis Law Firm and allowing the contingency fee of the total recovery to be split as follows:

> Aaron Broussard [Broussard & Hart] is entitled to 35%; Arthur S. Patron, Jr. is entitled to 15%; Allen Breslin is entitled to 15%; and The Hollis Law Firm is entitled to 35%.

11.

The Addendum executed by Iris Guzman on October 2, 2017 confirms the joint venture and fee split agreement between Plaintiff Law Firms and Hollis Law Firm, satisfying the requirements of Rule 1.5(e) of the Rules of Professional Conduct.

12.

Later, Adam Evans left the Hollis Law Firm and joined Defendant TROY BRENES at the BRENES LAW GROUP, P.C., to which Adam Evans continued to handle Iris Guzman's case.

13.

Iris Guzman's claims against Atrium Medical Corporation were fully resolved and settled by TROY BRENES and the BRENES LAW GROUP, P.C., and Defendants collected an attorney fee. The exact amount of the settlement recovery and fees are unknown to Plaintiff Law Firms.

14.

Defendants may have disbursed the settlement funds. Despite Defendants' agreement to divide the fees and reimburse expenses, Defendants failed to notify Plaintiff Law Firms of the

Certified True and Correct Copy
CertID: 2025081400062

Tangipahoa Parish
Clerk of Court

Generated Date:
8/14/2025 10:04 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

settlement or disbursement and continue to refuse to pay Plaintiff Law Firms its share of the attorney fee or reimburse any expenses.

**CAUSE OF ACTION – BREACH OF CONTRACT**

15.

The agreement to jointly accept representation of the client and to split fees and expenses constitutes a joint venture, so long as neither attorney has been discharged. *Dukes v. Matheny*, 2002-0652 (La. App. 1 Cir. 2/23/04) 878 So.2d 517 (La.App 1st Cir. 2004). When two attorneys enter into an oral joint venture to represent a client, the amount of time and labor furnished by the attorneys is immaterial to the division of fees. *Id.* Instead, the agreement between the parties controls.

16.

Here, Defendants are liable to Plaintiff Law Firms for their intentional breach of the agreement to split the contingency fee and reimburse case expenses out of the settlement recovery. Specifically, Brenes and Brenes Law Group, P.C. never informed Plaintiff Law Firms of any settlement agreement pending, nor did Defendants make any effort to protect Plaintiff Law Firms' lien rights in connection with any negotiations leading up to the settlement agreement, nor in connection with the acceptance of said settlement agreement. On the contrary, Defendants' responses to inquiries from Plaintiff Law Firms indicate their specific intent to deny their obligations to honor Plaintiff Law Firms' lien.

17.

Defendants are liable to BROUSSARD KNOLL LAW FIRM for 35% of the total attorney fee and reimbursement of case expenses; 15% to Arthur S. Patron, Jr.; and 15% to Allen Breslin, per the oral joint venture agreement, as confirmed by the Addendum agreed to and executed by the client, Iris Guzman. In the alternative, Plaintiff Law Firms are entitled to a quantum meruit recovery of its share of the fee and reimbursement of case expenses.

**CAUSE OF ACTION - UNJUST ENRICHMENT**

18.

Alternatively, Defendants are liable to Plaintiff Law Firms for unjust enrichment. Defendants have been unjustly enriched at Plaintiff Law Firms' expense by failing to reimburse case expenses incurred by BROUSSARD KNOLL KLAW FIRM, and by maintaining the portion of the contingency fee due and owing to Plaintiff Law Firms without cause.

Certified True and Correct Copy
CertID: 2025081400062

Tangipahoa Parish
Clerk of Court

Generated Date:
8/14/2025 10:04 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**CAUSE OF ACTION – REVENDICATORY ACTION OR CONVERSION**

19.

Defendants are further liable to Plaintiff Law Firms under Louisiana Civil Code article 526 and/or for intentional conversion of property. Under the oral joint venture agreement and the Addendum executed by the client, Plaintiff Law Firms are the rightful owner and have a possessory interest in the contingency fee recovered as follows: BROUSSARD KNOLL LAW FIRM for 35% of the total attorney fee and reimbursement of case expenses; 15% to ARTHUR S. PATRON, JR.; and 15% to Allen Breslin; and BROUSSARD KNOLL LAW FIRM is entitled to reimbursement of case expenses.

20.

Defendants wrongfully possess the portion of the fee rightfully belonging to Plaintiff Law Firms, have intentionally interfered with Plaintiff Law Firms' right to recover their portion of the contingency fee and case expenses, and/or intentional refuse to surrender the portion of the contingency fee and case expenses to which Plaintiff Law Firms are lawfully entitled. Accordingly, Plaintiff Law Firms are entitled to receive their portion of the contingency fee and reimbursement of case expenses from Defendants and/or any additional damages due to Defendants' intentional conversion of the funds.

**DAMAGES**

23.

Defendants are liable to Plaintiff Law Firms for all damages including but not limited to:

a) Actual damages due and owing, including but not limited to:
    a. BROUSSARD KNOLL LAW FIRM'S share (35%) of the total contingency fee;
    b. Reimbursement of BROUSSARD KNOLL LAW FIRM'S case expenses;
    c. ARTHUR S. PATRON, JR.'S share (15%) of the total contingency fee; and
    d. ALLEN BRESLIN'S share (15%) of the total contingency fee; and
b) Legal Interest.

**WHEREFORE**, Petitioners, BROUSSARD KNOLL LAW FIRM and ARTHUR S. PATRON, JR., pray that Defendants TROY A. BRENES and BRENES LAW GROUP, P.C. be duly cited to appear and answer this Petition and, after all legal delays and due proceedings, there be judgment rendered in Petitioners' favor and against Defendants for such damages as are

Certified True and Correct Copy
CertID: 2025081400062

Tangipahoa Parish
Clerk of Court

Generated Date:
8/14/2025 10:04 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

reasonable in the premises, with legal interest from the date of judicial demand until paid, for all costs of these proceedings, for attorney's fees, and for all general and equitable relief allowed by law.

**RESPECTFULLY SUBMITTED BY:**
***Attorneys for Plaintiffs***

**AARON BROUSSARD (# 30134)**
**BROUSSARD KNOLL LAW FIRM**
1301 Common Street
Lake Charles, LA 70601
(337) 439-2450 Telephone
(337) 439-3450 Facsimile
aaron@broussardknoll.com

**PLEASE SERVE DEFENDANTS:**
(please return to our office 2 certified copies of this Petition with citations, for service under La.R.S. 13:3201 – Long Arm Statute)

TROY BRENES
100 Spectrum Center Drive, Suite 330
Irvine, CA 92618

BRENES LAW GROUP, P.C.
Through registered agent, Troy Brenes
100 Spectrum Drive, Suite 330
Irvine, CA 92618

**Certified True and Correct Copy**
CertID: 2025081400062

Tangipahoa Parish
Clerk of Court

Generated Date:
8/14/2025 10:04 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Tangipahoa Parish Clerk of Court 20250002514
Filed Jun 30, 2025 12:38 PM D
Marquita Dyson
Deputy Clerk of Court
E-File Received Jun 30, 2025 10:03 AM

# LOUISIANA MEDICAL NEGLIGENCE, PRODUCTS LIABILITY, AND PREMISES LIABILITY ATTORNEY/CLIENT CONTRACT

WHEREAS, Iris A. Guzman was injured/damaged as a result of a surgical mesh implant which was implanted on or about March 25, 2014 and March 29 2014.

WHEREAS, the undersigned desires to employ an attorney at law to represent him/her in his/her claim for damages that might be due, or otherwise represent him/her in any and all claims that he/she might have as a result of this cause of action; or to defend the undersigned against the above referenced claims or charges.

NOW, THEREFORE, the undersigned does hereby retain and employ BROUSSARD & HART, L.L.C., Attorneys at Law, 1301 Common Street, Lake Charles, Louisiana, 70601, to represent him/her to collect any and all damages that might be due him/her, to defend the undersigned against any and all claims or charges referenced above, to negotiate, compromise or file suit as he sees fit, against any person, persons, firm or corporation, and constitutes him as his/her agent for these purposes.

As compensation for these services, the client irrevocably conveys unto the said attorney an interest in the subject matter of this claim in an amount 40% (forty percent) of any amounts collected by way of compromise, settlement, or Judgment, including but not limited to any amounts recovered which are subject to a lien or subrogation right in favor of a third party, with the fee being calculated before expenses are deducted. If an appeal or a writ application is attempted/filed in the first level appellate court by any party, an additional fee of 5% (five percent) of the total amount collected shall be charged, again with the fee being calculated before expenses are deducted. If an appeal or a writ application is attempted/filed in a second level appellate court (supreme court) by any party, an additional fee of 5% (five percent) of the total amount collected shall be charged, again with the fee being calculated before expenses are deducted.

I HEREBY MAKE, CONSTITUTE AND APPOINT BROUSSARD & HART, L.L.C. as my true and lawful attorney-in-fact, for me and in my name, place and stead, to endorse my name to all checks or drafts issued in payment of my claim or claims, whether drawn to my order as sole payee or jointly to the order of myself and my attorney. Further, I acknowledge the right to Broussard & Hart, L.L.C. to associate/employ other counsel in my representation herein; however, it is agreed there will be no additional fees owed by me due to any such association/employment.

It is further agreed and understood by and between the parties hereto that the undersigned client shall pay from the funds recovered any and all proper and needful costs and expenses incurred for the institution and prosecution of said suit, claim or defense, including but not limited to copying costs, electronic legal research services (i.e., Westlaw), postage, long distance charges attributable to client's case, medical report costs, client=s relative medical expenses, expert witness fees, deposition costs, related travel expenses, evidence production, investigation fees, transcript costs, court costs, lien resolution costs (see below), and filing fees. The client's liability for the above described expenses is limited to the funds recovered in pursuit of the claim, except in cases where BROUSSARD & HART, L.L.C. is discharged or where the client decides to abandon the claim against BROUSSARD & HART's advice, as described in more detail below.

It is further agreed and understood that at the time of disbursement, our office pays all outstanding medical bills and other case related bills to the extent that funds are available from the settlement/judgment, regardless whether a lien has been filed by the medical service provider.

It is further agreed and understood by and between the parties hereto that the undersigned client will not discharge BROUSSARD & HART, L.L.C., as his/her attorney in this matter without first reimbursing BROUSSARD & HART, L.L.C., for all expenses, including any loans advanced in connection with this case.

Certified True and Correct Copy
CertID: 2025081400061

Tangipahoa Parish Clerk of Court

Generated Date: 8/14/2025 10:02 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

In the event a client decides to not pursue the claim for any reason after work on the case has begun, the client understands that s/he will be responsible for all out of pocket expenses incurred by Broussard & Hart, LLC, in addition to being responsible for all labor performed on the file by the attorneys at the rate of $250.00 per hour, plus $30.00 per hour for secretarial time spent on the file. These sums will be immediately due and payable at such time as client may decide not to pursue the claim. These provisions do not apply to cases where the client decides not to pursue the claim based on the attorney's recommendation that the case lacks merit. These provisions apply only to cases where the client decides not to go forward with the claim against the advice of Broussard & Hart, LLC.

Client further agrees to pay all costs of collection of money due under this contract, including, but not limited to, expenses, court costs, and attorney fees.

The undersigned client hereby grants to Attorney a special lien and privilege on any amount or property recovered in this matter, whether by judgment or settlement, to secure the fee agreed upon. Client further recognizes and acknowledges that special privilege granted by LSA B R.S. 9:5001 and LSA B R.S. 37:218, in favor of Attorney on all of the money or property recovered as a result of the prosecution of this claim.

Both attorney and client agree not to make any compromise or settlement of this claim without the express consent of the other.

Lien Investigation and Medical Set Aside Determination Costs:

I hereby authorize BROUSSARD & HART, L.L.C. to take whatever legal steps it deems appropriate under the circumstances to prosecute my claim for damages, and authorize BROUSSARD & HART, L.L.C. to advance on my behalf such reasonable costs and expenses as it believes to be reasonable, including but not limited to, expenses for hiring investigators, expert witnesses, special attorneys, and/or lien resolution firms or experts to assist with investigating/reducing/resolving medical/governmental reimbursement liens and Medical Set Aside requirements.

In the event the attorney negotiates a reduction in client's medical bills or medical lien, attorney shall be entitled to an additional fee of 1% of the amount of the total reduction/discount obtained not to exceed $250.00 of additional fees.

Disbursement of Proceeds:

I understand that prior to disbursement of settlement or verdict proceeds, third-party interest such as Medicare, Tricare, Medicaid, and other medical provider liens must be investigated and satisfied. I further understand that current state and federal law may require BROUSSARD & HART, L.L.C. to take steps to determine if such interests exist, even if I have not received notice from medical providers prior to verdict or settlement. I understand that resolution of governmental and/or medical liens is a separate matter that may require the retention of additional attorney(s) or attorney firms under separate retainer.

Public/Governmental Assistance:

I understand that current and future public assistance, such as Medicaid, SSI, Food Stamps, subsidized housing, etc., may be affected by a verdict or settlement. I further understand that I am obligated to keep BROUSSARD & HART, L.L.C. informed of any applications for such government benefits or changes in my current eligibility. Additionally, I understand that I must keep BROUSSARD & HART, L.L.C. timely informed of all bills, liens and related correspondences from any health care provider or governmental agency.

I understand that BROUSSARD & HART, L.L.C. does not represent me in relation to applying for, obtaining or preserving governmental benefits. I understand that I must consider the impact on my current and future governmental assistance a verdict or settlement may have, and I should explore my options regarding preservation of these benefits before receiving a verdict or settlement. Failure to explore these issues before verdict or settlement may compromise my ability to apply, obtain or preserve governmental benefits in the future.

File Retention – Destruction After 5 Years:

Certified True and Correct Copy
CertID: 2025081400061

Tangipahoa Parish
Clerk of Court

Generated Date:
8/14/2025 10:02 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

It is our office policy to destroy files five years after they are closed. If you want your file, please be sure to claim it before the expiration of five years from the date that the file is closed. Otherwise it will be destroyed.

Email Communication

Many clients wish to stay up to date on their case via e-mail communication. You may choose to do so by granting us permission to use this tool, but note below.

NOTE: (1) Email communication is not secure;(2) Any email may be copied by various computers it passes through as it goes from me to you or vice versa; (3) Unauthorized persons may intercept our communications; (4) If you do not want to communicate by email at anytime, please let me know IMMEDIATELY; (5) Our email messages may be legally privileged and/or confidential; (6) Email messages should not be forwarded, printed, copied, or otherwise reproduced in any manner that would allow it to be viewed by anyone other than the intended recipient.

By initialing in the following, blank and providing your email address, you are consenting to receive communication by email at the email address listed below until further written notice by you:

INITIALS: __________ EMAIL ADDRESS:________________________

Bankruptcy Addendum to Contingency Fee Contract:

This contingency fee contract is entered into by attorney with the expectation and understanding that neither the client nor any defendant will be a debtor under Chapter 7,11,12, or 13 of the United States Bankruptcy Code, and that no insurer or indemnitor of any party which may be liable for payment of any defendant's damages will be involved in a state or foreign court proceeding for rehabilitation, receivership or liquidation.

Client Acknowledgment: Neither client nor client's spouse is now considering the filing of a petition for bankruptcy under Chapter 7, 11, 12 or 13 of the United States Bankruptcy Code. Client understands that his/her personal injury lawsuit and this employment/contingency fee contract would be affected by the filing of a petition for bankruptcy relief under Chapter 7, 11, 12 or 13 of the United States Bankruptcy Code, and client agrees to inform attorney of his intention to file any kind of bankruptcy proceeding. Client will also advise his/her bankruptcy lawyer that client is represented by counsel in this personal injury case, and will direct and instruct client's bankruptcy attorney to contact this office prior to filing any bankruptcy proceeding.

Client Duty to Disclose: Client further understands that it is client's duty under federal law to disclose the existence of this contract to the bankruptcy court and to client's creditors, and to list any all claims for damage or personal injury which client may have against any company, individual or insurance company as an asset which may be available to client's creditors.

Loss of Right to Sue and Collect Damages: Client further understands and acknowledges that filing bankruptcy may cause client to lose full control of this and any other pending claim or lawsuit which client may have against any parties liable or responsible for client's injuries, and that all or part of any money damages which client might otherwise recover may have to be paid over to the bankruptcy trustee.

Attorney's Express Right to Withdraw: Client acknowledges and understands that attorney has the right, but not the obligation, to withdraw from this matter with no further liability or responsibility to client other than as may be established by the Rules of Professional Conduct of the Louisiana State Bar Association and the rules of court, upon the occurrence of any of the following:

1) The filing of a voluntary or involuntary petition for relief under Title 11 of the United State Bankruptcy Code (Bankruptcy Chapters 7,9,11, 12 or 13) by or against the client or any party defendant;

2) The filing of any proceedings for rehabilitation, receivership, or liquidation by or against the insurer or indemnitor of any defendant; or,

Certified True and Correct Copy
CertID: 2025081400061

Tangipahoa Parish
Clerk of Court

Generated Date:
8/14/2025 10:02 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

3) The filing of an affidavit or the institution of any in-or out-of-court proceeding for the liquidation or dissolution of any defendant.

Client(s) Initials I.B. Date 4/28/16

This contract entered into this 4th day of April, 20 16, in the city of Mandeville, Louisiana.

WITNESSES:

Robyn Richmond

Valerie Drinkard

Iris Bugman
CLIENT

ACCEPTED BY:

BROUSARD & HART, LLC

Certified True and Correct Copy
CertID: 2025081400061

Tangipahoa Parish
Clerk of Court

Generated Date:
8/14/2025 10:02 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

LAW OFFICE OF
ARTHUR S. PATRON, JR., L.L.C.
ATTORNEY AT LAW

1070-B WEST CAUSEWAY APPROACH
MANDEVILLE, LA 70471

TELEPHONE: 985-674-7700
TELECOPIER: 985-674-7559
EMAIL: aspatron@patronlaw.com

August 16, 2016

Ms. Iris Guzman
P.O. Box 1826
Ponchatoula, LA 70445

RE: Hernia Mesh Litigation

Dear Ms. Guzman,

As we discussed by telephone today, the lawsuit filed on your behalf was transferred from State Court in Tangipahoa Parish to Federal Court in New Orleans. I have attached a copy of the original lawsuit and the notice of removal.

As we also discussed, there are several other mesh implant cases pending throughout the country. It is possible that the cases will be consolidated into what is called a Multi-District Litigation (MDL). If that takes place, all of the parties will have access to all of the discovery information. Your case would still be tried in New Orleans if it is not settled.

Finally, we discussed the fact that the 40% contingency fee in your contract will be split among the attorneys that are working for you. Arron Broussard will receive 70% of the contingency fee, Allan Breslin will receive 15% of the contingency fee, and I will receive the remaining 15% of the contingency fee. This does not change the total 40% contingency fee in your contract.

***Please sign a copy of this letter acknowledging the attorney fee split, and return it to me in the enclosed envelope.***

With best regards, I remain

Very truly yours,

Arthur S. Patron, Jr.

Enclosures

cc: Mr. Aaron Broussard (via email w/o enclosures)
Mr. Allan Breslin (via email w/o enclosures)

ATTORNEY FEE SPLIT APPROVED BY: ____________
Iris Guzman

EXHIBIT
2

Certified True and Correct Copy
CertID: 2025081400061

Tangipahoa Parish
Clerk of Court

Generated Date:
8/14/2025 10:02 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**ADDENDUM TO CONTRACT FOR REPRESENTATION AND CONTINGENCY FEE & COST AGREEMENT**

I hereby consent to the The Hollis Law Firm, acting as co-counsel with Aaron Broussard, Broussard & Hart, 1301 Common Street, Lake Charles, Louisiana; Arthur S. Patron, Jr., Law Office of Arthur S. Patron, Jr., 1017-B West Causeway Approach, Mandeville, Louisiana, 70471; and Allen Breslin. This document is an addendum to the Louisiana Medical Negligence, Products Liability, and Premises Liability Attorney/Client Contract, wherein the undersigned Client agreed to legal representation for claims against the Hernia Mesh manufacturer, and the association of counsel.

I hereby agree to the association of the The Hollis Law Firm to represent me in pursuit of my Hernia Mesh claim. The contingent attorneys' fees shall remain at 40% of the total recovery, and shall be split as follows: the Aaron Broussard is entitled to 35%; Arthur S. Patron, Jr. is entitled to 15%; Allen Breslin is entitled to 15%; and The Hollis Law Firm is entitled to 35%. The undersigned Client will pay no more in fees with the inclusion of associate counsel. In other words, the association of The Hollis Law Firm will not increase the attorney's above 40% at which it was previously set.

Iris Guzman
Client (signature)

10/2/17
Date

YRIS GUZMAN
Client Name (Print Name)

Client Spouse (signature)

Date

Spouse Name (Print Name)

EXHIBIT
3

Certified True and Correct Copy
CertID: 2025081400061

Tangipahoa Parish
Clerk of Court

Generated Date:
8/14/2025 10:02 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Tangipahoa Parish Clerk of Court 20250002514
Filed Jul 22, 2025 10:21 AM D
Marquita Dyson
Deputy Clerk of Court
E-File Received Jul 22, 2025 9:45 AM

STEVEN BROUSSARD
AARON BROUSSARD
JEROLD EDWARD KNOLL
JEROLD EDWARD KNOLL JR
LAURA BISHOP KNOLL
CHANCEY KIMBLE
MYLES RANIER
CHRISTOPHER MANN
LEAH PENNY

B|K
BROUSSARD KNOLL
LAW FIRM

BROUSSARDKNOLL.COM

1301 COMMON STREET
LAKE CHARLES, LA 70601
P:337-439-2450
F:337-439-3450

July 8, 2025

Certified Mail –
Return Receipt Requested

Troy A. Brenes
Brenes Law Group, P.C.
100 Spectrum Center Drive, Suite 330
Irvine, CA 92618

Re: Broussard Knoll law Firm
Vs. No. 2025-2514
Troy A. Brenes, et al
21st Judicial District Court
Tangipahoa Parish, LA

Dear Mr. Brenes:

Enclosed please find a certified copy of the *Petition for Damages* filed in the above referenced matter on June 30, 2025, along with a Citation addressed to you.

You are hereby notified that you are named as Defendant in this lawsuit. You must serve on the Plaintiff a response to the attached *Petition for Damages* within thirty (30) days of your receipt hereof.

Sincerely,

[signature]

AARON BROUSSARD

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
OFFICIAL USE
Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$
Total P
$
Sent T
Street
City, S
Postm Here

Troy A. Brenes
Brenes Law Group, P.C.
100 Spectrum Center Drive, Suite 33(
Irvine, CA 92618

7019 2970 0001 6219 3061

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse fo

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Troy A. Brenes
Brenes Law Group, P.C.
100 Spectrum Center Drive, Suite 330
Irvine, CA 92618

9590 9402 9078 4122 1908 56

2. Article Number (Transfer from service label)
7019 2970 0001 6219 3061

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receip

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X [signature] ☐ Agent ☐ Addresse
B. Received by (Printed Name) [signature] C. Date of Deliver
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
lail
lail Restricted Delivery
(over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restric Delivery
☑ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Certified True and Correct Copy
CertID: 2025081400065

Tangipahoa Parish
Clerk of Court

Generated Date:
8/14/2025 10:07 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Tangipahoa Parish Clerk of Court 20250002514
Filed Jul 22, 2025 10:21 AM
Marquita Dyson
Deputy Clerk of Court
E-File Received Jul 22, 2025 9:45 AM

STEVEN BROUSSARD
AARON BROUSSARD
JEROLD EDWARD KNOLL
JEROLD EDWARD KNOLL JR
LAURA BISHOP KNOLL
CHANCEY KIMBLE
MYLES RANIER
CHRISTOPHER MANN
LEAH PENNY

B|K
BROUSSARD KNOLL
LAW FIRM
BROUSSARDKNOLL.COM

1301 COMMON STREET
LAKE CHARLES, LA 70601
P:337-439-2450
F:337-439-3450

July 8, 2025

Certified Mail –
Return Receipt Requested

Brenes Law Group, P.C.
Through registered agent:
Troy A. Brenes
100 Spectrum Center Drive, Suite 330
Irvine, CA 92618

Re: Broussard Knoll law Firm
Vs. No. 2025-2514
Troy A. Brenes, et al
21st Judicial District Court
Tangipahoa Parish, LA

Dear Mr. Brenes:

Enclosed please find a certified copy of the *Petition for Damages* filed in the above referenced matter on June 30, 2025, along with a Citation addressed to Brenes Law Group, PC.

You are hereby notified that Brenes Law Group, PC is named as Defendant in this lawsuit. You must serve on the Plaintiff a response to the attached *Petition for Damages* within thirty (30) days of your receipt hereof.

Sincerely,

AARON BROUSSARD

Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
OFFICIAL USE
Certified Mail Fee
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery
Postage
Total Postage and Fees
Sent To
Street and Apt. No.
City, State
7019 2970 0001 6219 3078

Brenes Law Group, P.C.
Through registered agent:
Troy A. Brenes
100 Spectrum Center Drive, Suite
Irvine, CA 92618

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Brenes Law Group, P.C.
Through registered agent:
Troy A. Brenes
100 Spectrum Center Drive, Suite 330
Irvine, CA 92618

9590 9402 9078 4122 1908 32

2. Article Number (Transfer from service label)
7019 2970 0001 6219 3078

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X
B. Received by (Printed Name)
C. Date of
D. Is delivery address different from item 1?
If YES, enter delivery address below:
3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail
☐ Registered Mail
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation
☐ Signature Confirmation Restricted Delivery
Domestic Return

Certified True and Correct Copy
CertID: 2025081400063

Tangipahoa Parish
Clerk of Court

Generated Date:
8/14/2025 10:05 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Tangipahoa Parish Clerk of Court 20250002514
Filed Jul 22, 2025 10:21 AM D
Marquita Dyson
Deputy Clerk of Court
E-File Received Jul 22, 2025 9:45 AM

| | | |
|---|---|---|
| **BROUSSARD KNOLL LAW FIRM And ARTHUR S. PATRON, JR.** | : | **21st JUDICIAL DISTRICT COURT** |
| **VS. NO. 2025-2514-D** | : | **PARISH OF TANGIPAHOA** |
| **TROY A. BRENES AND BRENES LAW GROUP, P.C.** | : | **STATE OF LOUISIANA** |
| **FILED:____________________** | : | ____________________ **CLERK OF COURT** |

**AFFIDAVIT OF SERVICE**

**STATE OF LOUISIANA** :

**PARISH OF CALCASIEU** :

**BEFORE ME**, the undersigned authority, personally came and appeared Linda Raynor, 1301 Common Street, Lake Charles, Louisiana 70601, who, after first being duly sworn, stated that on July 8, 2025, she served a certified copy of Petition for Damage and Citation, pursuant to the Louisiana Long Arm Statute, LSA-R.S. 13:3201, *et seq.*, by personally mailing said documents to the following named party, via certified mail, return receipt requested, properly addressed and postage prepaid, as follows:

Troy A. Brenes
Brenes Law Group, P.C.
100 Spectrum Center Drive, Suite 330
Irvine, CA 92618

That on July 17, 2025, a certified copy of Petition for Damages and Citation was delivered to and received by S. Javier; that Affiant received the postal return receipt indicating that same had been delivered to Troy A. Brenes, said postal receipt attached.

Linda Raynor
**Linda Raynor**
**1301 Common Street**
**Lake Charles, LA 70601**
**(337) 439-2450**

**SWORN TO AND SUBSCRIBED** before me, Notary Public, at Lake Charles, Louisiana, this 22 day of July, 2025.

Jeannie Daniels
NOTARY PUBLIC

JEANNIE DANIELS
Notary Public, State of Louisiana
#69234
Jefferson Davis Parish

Certified True and Correct Copy
CertID: 2025081400066

Tangipahoa Parish
Clerk of Court

Generated Date:
8/14/2025 10:08 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Tangipahoa Parish Clerk of Court 20250002514
Filed Jul 22, 2025 10:21 AM D
Marquita Dyson
Deputy Clerk of Court
E-File Received Jul 22, 2025 9:45 AM

| | | |
|---|---|---|
| **BROUSSARD KNOLL LAW FIRM And ARTHUR S. PATRON, JR.** | : | **21st JUDICIAL DISTRICT COURT** |
| **VS. NO. 2025-2514-D** | : | **PARISH OF TANGIPAHOA** |
| **TROY A. BRENES AND BRENES LAW GROUP, P.C.** | : | **STATE OF LOUISIANA** |
| **FILED:**______________ | : | ______________ **CLERK OF COURT** |

**AFFIDAVIT OF SERVICE**

**STATE OF LOUISIANA** :

**PARISH OF CALCASIEU** :

**BEFORE ME**, the undersigned authority, personally came and appeared Linda Raynor, 1301 Common Street, Lake Charles, Louisiana 70601, who, after first being duly sworn, stated that on July 8, 2025, she served a certified copy of Petition for Damage and Citation, pursuant to the Louisiana Long Arm Statute, LSA-R.S. 13:3201, *et seq.*, by personally mailing said documents to the following named party, via certified mail, return receipt requested, properly addressed and postage prepaid, as follows:

Brenes Law Group, P.C.
Through registered Agent,
Troy A. Brenes
100 Spectrum Center Drive, Suite 330
Irvine, CA 92618

That on July 16, 2025, a certified copy of Petition for Damages and Citation was delivered to and received by S. Javier; that Affiant received the postal return receipt indicating that same had been delivered to Brenes Law Group, P.C., said postal receipt attached.

Linda Raynor
**Linda Raynor**
**1301 Common Street**
**Lake Charles, LA 70601**
**(337) 439-2450**

**SWORN TO AND SUBSCRIBED** before me, Notary Public, at Lake Charles, Louisiana, this 22 day of July, 2025.

Jeannie Daniels
**NOTARY PUBLIC**

JEANNIE DANIELS
Notary Public, State of Louisiana
#69234
Jefferson Davis Parish

Certified True and Correct Copy
CertID: 2025081400064

Tangipahoa Parish
Clerk of Court

Generated Date:
8/14/2025 10:06 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

# CIVIL CASH RECEIPT

TANGIPAHOA PARISH
CLERK OF COURT

Date 7/22/2025

Name Broussard Knoll

Credit Card (E-File) Law

CASH CHECK #

| SUIT NO. 2025-2014 | AMOUNT |
|---|---|
| | 36.00 |
| | |
| SUIT NAME Broussard Knoll Law v. Ryan Barnes | |

DEPUTY CLERK mdy

363676

Certified True and Correct Copy
CertID: 2025081400079

Tangipahoa Parish Clerk of Court 8/14

equent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RI

Print Date: 8/14/2025
Print Time: 10:21:38AM

**Tangipahoa Parish Clerk of Court**
**Hon. Gary Stanga , Clerk of Court**
**Civil Suit Ledger- C-20250002514**

Suit Number: **C-20250002514**
Division: D

**BROUSSARD KNOLL LAW FIRM**
**VS**
**TROY A BRENES**

Date Filed: 6/30/2025
Cause: DAMAGES

Plaintiff Atty: BROUSSARD, AARON
Attorney #: 0
1301 COMMON ST
LAKE CHARLES, LA 70601

Defendant Atty:
Attorney #:

| Suit Advance Balance | Suit Witness Balance | Suit Escrow Balance | Suit Pauper Balance |
|---|---|---|---|
| $120.00 | $0.00 | $0.00 | $0.00 |

| Date | Description | Balance Type | Deposit | Charge |
|---|---|---|---|---|
| 06/30/2025 | ADVANCE DEPOSIT<br>BROUSSARD, AARON | Advance | 300.00 | |
| 06/30/2025 | EXHIBIT | Advance | | 12.00 |
| 06/30/2025 | PETITION-DAMAGES | Advance | | 26.00 |
| 06/30/2025 | INDEXING FEE | Advance | | 4.00 |
| 06/30/2025 | JUDICIAL EXPENSE FUND | Advance | | 20.00 |
| 06/30/2025 | JUDGES SUPPL COMP FUND | Advance | | 30.50 |
| 06/30/2025 | SELLS FUND | Advance | | 2.85 |
| 06/30/2025 | COLLECTION FEE FOR SELLS | Advance | | 0.15 |
| 06/30/2025 | INITIALIZATION FEE | Advance | | 20.00 |
| 06/30/2025 | INDIGENT TRANSCRIPT FUND | Advance | | 0.50 |
| 06/30/2025 | SUPREME COURT REPORTING FEE | Advance | | 1.50 |
| 06/30/2025 | SUPREME COURT JUDICIAL COLLEGE | Advance | | 0.50 |
| 06/30/2025 | INTERNET FEE - RS13:841.2 | Advance | | 5.00 |
| 06/30/2025 | Citation - Long Arm | Advance | | 74.00 |
| 07/22/2025 | ADVANCE DEPOSIT<br>BROUSSARD, AARON | Advance | 36.00 | |
| 07/22/2025 | EXHIBIT | Advance | | 2.00 |
| 07/22/2025 | EXHIBIT | Advance | | 2.00 |
| 07/22/2025 | CONFORMED COPY | Advance | | 3.00 |
| 07/22/2025 | AFFIDAVIT OF SERVICE | Advance | | 6.00 |
| 07/22/2025 | AFFIDAVIT OF SERVICE | Advance | | 6.00 |

| Suit Parties | Type | Billing Method | Attorney |
|---|---|---|---|
| BROUSSARD KNOLL LAW FIRM | Plaintiff | Paying | BROUSSARD, AAROI |
| PATRON, ARTHUR S, Jr. | Plaintiff | Paying | |
| BRENES LAW GROUP P C | Defendant | Paying | |
| BRENES, TROY A | Defendant | Paying | |